UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

DAVID HUNT,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

------------------------------------------------------

Case No. 5:17-cv-2089

OPINION & ORDER
[Resolving Doc. 15]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

In this case, Plaintiff David Hunt challenges the Social Security Administration's ("SSA") denial of his application for disability benefits.[1]

Hunt alleges that, since at least February 2013, he has suffered from a variety of psychological ailments, including bipolar disorder, post-traumatic stress disorder, anxiety, and major depressive disorder.[2]

Accordingly, in September 2014, Plaintiff Hunt applied for social security disability benefits.[3] However, SSA denied Plaintiff's application and his subsequent request for reconsideration.[4] After an October 2016 hearing, an Administrative Law Judge ("ALJ") also concluded that Plaintiff was not disabled.[5] The SSA Appeals Council declined to review the ALJ's decision.[6]

---

[1] Doc. 1.
[2] Doc. 13 at 3–8.
[3] Doc. 10 at 166–67.
[4] *Id.* at 90–106.
[5] *Id.* at 11–26.
[6] *Id.* at 5–10.

Case No. 5:17-cv-2089
Gwin, J.

Plaintiff now asks the Court to reverse the ALJ's denial of benefits.[7] Magistrate Judge Burke issued a Report and Recommendation, recommending that the Court affirm the ALJ's decision.[8] Neither party objected to that recommendation.

If a party had objected to the Report and Recommendation, the Court would consider the objected-to findings and conclusions *de novo*.[9] However, because neither party has objected, they have waived the Court's review.[10] Moreover, the Court agrees with the Magistrate Judge's conclusions.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the ALJ's decision.

IT IS SO ORDERED.

Dated: January 22, 2019     *s/     James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE

---

[7] Doc. 1.
[8] Doc. 15.
[9] 28 U.S.C. § 636(b)(1).
[10] *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985) (holding that Congress did not intend to "require district court review of a magistrate judge's factual or legal conclusions . . . when neither party objects to those findings.").